IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONNIE EUGENE BACON,

         Plaintiff,              No. CIV S-10-0102 KJM P

   vs.

DR. WILCOX, et al.,

         Defendants.        <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and has consented to magistrate judge jurisdiction.  By order filed April 28, 2010, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted.  The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY ORDERED THAT this case is dismissed.

DATED:  July 15, 2010.

_____
U.S. MAGISTRATE JUDGE

baco0102.fta

1